UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LEONARD EDDIE,                         )
                                       )
         Plaintiff,                    )
                                       )     **JUDGMENT IN A CIVIL CASE**
     v.                                )
                                       )     **CASE NO. 5:16-CV-801-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,                    )
                                       )
         Defendant.                    )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 21]. Plaintiff's motion for judgment on the pleadings [D.E. 15] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 18] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on September 11, 2017, and Copies To:**

| Vaughn Stephen Clauson | (via CM/ECF electronic notification) |
| Stephen F. Dmetruk, Jr. | (via CM/ECF electronic notification) |

DATE:                                   PETER A. MOORE, JR., CLERK
September 11, 2017                      (By) /s/ Nicole Briggeman
                                        Deputy Clerk